IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JACQUAIA SCOTT,

        Plaintiff,

vs.

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

        Defendant.

Civil Action No.
2:21-cv-00585-CCW

**NOTICE OF SETTLEMENT AND REQUEST TO CLOSE CASE**

AND NOW come Plaintiff Jacquaia Scott and Defendant Life Insurance Company of North America, to advise the Court that they have agreed to settle any and all claims asserted in this suit, and in support thereof represent as follows:

1. This suit has been pending before the Court since May 5, 2021, when a Complaint was filed in the United States District Court for the Western District of Pennsylvania, No.:2:21-cv-00585-CCW.

2. The parties will agree to a Confidential Settlement Agreement and Release to implement the settlement. When the settlement has been fully implemented, according to its terms, the parties will file a Stipulation to Dismiss with Prejudice pursuant to Fed. R .Civ. P. Rule 41(a).

3. No further action is required by the Court at this time.

- 2 -

WHEREFORE, Plaintiff Jacquaia Scott and Defendant Life Insurance Company of North America enter an Order closing the case as the only matter remaining to be done is submission of the Rule 41(a) Stipulation. A proposed Order is attached.

Respectfully submitted,

| | |
|---|---|
| /s/ Brian Patrick Bronson, Esquire | /s/ Michael J. Joyce, Esquire |
| Brian Patrick Bronson, Esquire (Pa #89035) | Michael J. Joyce, Esquire (Pa #311303) |
| QuatriniRafferty, P.C. | Saul Ewing Arnstein & Lehr LLP |
| 550 East Pittsburgh Street | One PPG Place, 30th Floor |
| Greensburg, PA 15601 | Pittsburgh, PA 15222 |
| Phone: (724) 837-0080 | Phone: (412) 209-2500 |
| Fax: (724) 837-1348 | Fax: (412) 209-2539 |
| E-mail: bpb@qrlegal.com | Email: Michael.Joyce@saul.com |

Dated: July 13, 2021